IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ADAM MORAD, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. GLR-21-1977 |
| HARTFORD LIFE AND ACCIDENT INSURANCE CO., | * | |
| | * | |
| Defendant. | | |
| | * | |

\*\*\*

## ORDER

The Court is in receipt of the Stipulation to Dismiss Hartford Life and Accident Insurance Company and Substitute Aetna Life Insurance Company as the Proper Defendant and to Amend Caption (ECF No. 10). In consideration of the Stipulation, it is this 7th day of September, 2021, hereby ORDERED that:

1. The claims against Defendant Hartford Life and Accident Insurance Company are DISMISSED without prejudice;

2. The Clerk is directed to SUBSTITUTE Aetna Life Insurance Company as the defendant in this matter; and

3. The Clerk is further directed to AMEND the caption to change the named defendant from "Hartford Life and Accident Insurance Company" to "Aetna Life Insurance Company."

                                                                                    /s/
                                                  George L. Russell, III
                                                  United States District Judge